1060

[No. 65616-3-I. Division One. July 25, 2011.]

BLUE DIAMOND GROUP, INC., *Appellant*, v. KB SEATTLE 1, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-37541-2, Steven C. Gonzalez, J., entered May 28, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 65624-4-I. Division One. July 25, 2011.]

CHARLES ROBERT GARNER, *Appellant*, v. THE CITY OF FEDERAL WAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-09440-3, Hollis R. Hill, J., entered May 18, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Spearman, JJ.

[No. 65702-0-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. HOLLIS JAY SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07268-6, Michael Heavey, J., entered June 14, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Spearman, JJ.

[No. 65706-2-I. Division One. July 25, 2011.]

UMPQUA BANK, *Appellant*, v. BINGO INVESTMENTS, LLC, ET AL., *Defendants*, RAYMOND JAMES FINANCIAL SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-19684-2, Joan E. DuBuque, J., entered May 24, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse, J.; Cox, J., concurring separately.